

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00643-CV

Sandra **GALVAN**, Individually and as next friend of Valerie Rubio, minor and Maria Zempoaltcalt, Individually,
Appellants

v.

Rosalva **GARCIA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-14-307
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

The trial court clerk filed a notification of late clerk's record stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court